IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SENJU PHARMACEUTICAL CO., LTD. et al., <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC., et al., <br><br> Defendants. | Civil No. 15-5591-JBS-KMW |

### AMENDED SCHEDULING ORDER

This Scheduling Order is entered as a result of correspondence [Doc. Nos. 36 and 38] dated June 28, 2016 and July 8, 2016 from Gregory J. Bevelock, Esquire, counsel for defendants, and [Doc. No. 39] dated July 8, 2016 from Melissa A. Chuderewicz, Esquire, counsel for plaintiffs; and for good cause shown:

IT IS this **14th** day of **July**, **2016**, hereby **ORDERED**:

| NO. | EVENT | DATE |
|---|---|---|
| 1 | Deadline to add parties or amend Pleadings | August 16, 2016 |
| 2 | Plaintiffs' Disclosure of Infringement Contentions and accompanying production | September 9, 2016 |
| 3 | Plaintiffs' Responses to Invalidity Contentions | September 9, 2016 |
| 4 | **Telephone Status Conference with the Court. Counsel for plaintiff shall initiate the call.** | **September 13, 2016 at 11:30 a.m.** |
| 5 | Exchange of Proposed Terms for Construction | September 23, 2016 |
| 6 | Exchange of Preliminary Claim Constructions | October 7, 2016 |

| NO. | EVENT | DATE |
|---|---|---|
| 7 | Exchange of identification of all intrinsic and extrinsic evidence for opposing proposed claim constructions | October 14, 2016 |
| 8 | Submit Joint Claim Construction and Prehearing Statement | October 21, 2016 |
| 9 | Completion of Claim Construction Discovery | November 11, 2016 |
| 10 | Opening *Markman* submissions | November 21, 2016 |
| 11 | Completion of discovery from an expert who submitted a certification with opening *Markman* submission | December 12, 2016 |
| 12 | Responding *Markman* submissions | December 21, 2016 |
| 13 | Submit proposed schedule to Court for Claim Construction Hearing | December 30, 2016 |
| 14 | Disclosure of reliance on advice of counsel | Thirty (30) days after entry of Court's claim construction order |

1. Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Karen M. Williams  
KAREN M. WILLIAMS  
United States Magistrate Judge

cc: Hon. Jerome B. Simandle